# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROL MILLER, individually and on behalf of all others similarly situated | : | Civil No. 1:21-CV-01072 |
| Plaintiff, | : | |
| v. | : | |
| BATH SAVER, INC. and BATH FITTER MANUFACTURING INC., | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 12th day of July, 2022, following review of the notice of settlement and motion to stay, Doc. 55, **IT IS ORDERED THAT** this case is **STAYED** pending the anticipated settlement. **IT IS FURTHER ORDERED** that the parties shall file a joint status report or a motion for preliminary approval by **August 26, 2022**.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania